IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01288-RPM-KLM

MSD ENERGY, INC., and
STEPHEN SMITH, INC.,

    Plaintiff,

v.

RICHARD J. GOGNAT,
TIMOTHY A. GOGNAT,
ROY KNAPPE, JR., and
GLOBAL GEODATA, LLC,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Non-Parties' Unopposed Motion to Enter Agreed Protective Order** [Docket No. 23; Filed August 4, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Protective Order is accepted for filing and is entered as an Order of this Court as of the date of this Minute Order.

    Dated: August 5, 2008