IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01288-RPM-KLM

MSD ENERGY, INC., and
STEPHEN SMITH, INC.,

       Plaintiff,

v.

RICHARD J. GOGNAT,
TIMOTHY A. GOGNAT,
ROY KNAPPE, JR., and
GLOBAL GEODATA, LLC,

       Defendants.

_____

# ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion to Compel Compliance with Subpoenas Served on Nonparties, Hallador Petroleum Company, Badger Exploration LLC and Konamoki Exploration LLC** [Docket No. 1; Filed June 17, 2008] (the "Motion"). The Court has reviewed the Motion, Hallador Petroleum Company, Badger Exploration LLC and Konamoki Exploration LLC's (the "Non-Parties") Response [Docket No. 22; Filed July 31, 2008], Plaintiffs' Reply [Docket No. 28; Filed August 15, 2008], the entire case file and applicable case law and is sufficiently advised in the premises.

Plaintiffs request that this Court compel the Non-Parties to comply with subpoenas duces tecum served on them by Plaintiffs' counsel. *Motion* [#1] at 1. However, the Non-Parties state that they have reached an agreement with Plaintiff and that the Motion is therefore moot. *Response* [#22] at 1. The Court also notes that the Non-Parties have filed an unopposed Motion for Protective Order [Docket No. 23; Filed August 4, 2008], which has been granted by separate order of this Court. However, in their Reply, Plaintiffs argue that, in spite of the protective order, uncertainty remains as to whether the non-parties will actually produce the documents that Plaintiffs believe they are entitled to pursuant to the issued subpoenas. *Reply* [#28] at 2. As such, Plaintiffs request that the Motion to Compel be held in abeyance, rather than denied or dismissed.

IT IS HEREBY **ORDERED** that Plaintiffs' **Motion to Compel Compliance with Subpoenas Served on Nonparties, Hallador Petroleum Company, Badger Exploration LLC and Konamoki Exploration LLC** [Docket No. 1; Filed June 17, 2008] is **DENIED**

**WITHOUT PREJUDICE**.  Plaintiffs' Reply establishes that there is no current controversy relating to the production of documents in response to the subpoenas.  Should a dispute arise in the future, the parties may file appropriate motions.

                                        BY THE COURT:
                                        __s/ Kristen L. Mix_____
                                        United States Magistrate Judge


        Dated:  August 21, 2008